**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.  3:18-cv-507-CRS**

| | | |
|---|---|---|
| **DAVID BARNES,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | *Electronically Filed* |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF REMOVAL** |
| **LANTECH.COM, LLC,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

Defendant, Lantech.com, LLC ("Lantech"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, respectfully submits this Notice of Removal of this action from the Jefferson Circuit Court, the court in which this case is presently pending, to the United States District Court for the Western District of Kentucky, Louisville Division. As grounds for this removal, Defendant states as follows:

1. On or about July 10, 2018, Plaintiff David Barnes ("Plaintiff") filed a Complaint in the Jefferson Circuit Court, Commonwealth of Kentucky, captioned *David Barnes v. Lantech.com, LLC*, Civil Action No. 18-CI-003981.

2. On or about July 11, 2018, Plaintiff's Summons and Complaint were served on Lantech via its authorized agent. Pursuant to 28 U.S.C. § 1446(a), a true copy of Plaintiff's Summons and Complaint are attached hereto as **Exhibit 1**. The documents attached as Exhibit 1 are all the process, pleadings, and orders that have been served upon the Defendant in this action.

3. In his Complaint, Plaintiff asserts federal statutory claims under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-2(a) *et seq.*, the Americans with

Disabilities Act Amendments Act of 2008 ("ADAAA"), 42 U.S.C. § 12112, *et seq.*, and the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 *et seq.*

4. Removal of this case is proper pursuant to 28 U.S.C. § 1441(a) based on the Court's federal question jurisdiction under 28 U.S.C. § 1331.

5. This Court has original jurisdiction over this action because Counts I, II, IV, and V include allegations concerning violations of Title VII, the ADAAA, and the FMLA, which raise federal questions sufficient to confer original jurisdiction pursuant to 28 U.S.C. § 1331.

6. Federal "district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a); *see also EBI-Detroit, Inc. v. City of Detroit*, 279 F. App'x 340, 346 (6th Cir. 2008).

7. Count III asserts a claim for discrimination in violation of the Kentucky Civil Rights Act ("KCRA"), KRS 344 *et seq.*, based on the same facts and circumstances alleged by Plaintiff in support of his federal Title VII and ADAAA claims. This KCRA claim forms a part of the same case or controversy as the federal claims. Therefore, this Court may exert supplemental jurisdiction over this state law discrimination claim.

8. Given the circumstances set forth above, this action, which has been filed with the Jefferson Circuit Court, Civil Action No. 18-CI-003981, constitutes an action which could have been originally brought in this Court pursuant to 28 U.S.C. § 1331, and may be removed pursuant to 28 U.S.C. § 1441(a) without regard to the citizenship or residence of the parties or the amount in controversy.

9. The United States District Court for the Western District of Kentucky embraces the location of the Jefferson Circuit Court, where Plaintiff's Complaint was filed. Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1446(a).

10. This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b), having been filed within thirty (30) days after receipt by Lantech of the Summons and Complaint in this matter.

11. In accordance with 28 U.S.C. § 1446(d), Lantech will promptly file a copy of this Notice of Removal with the Jefferson Circuit Court, and serve copies of this Notice of Removal on Plaintiff's counsel.

WHEREFORE, Lantech gives notice that the entire above-styled action now pending before the Jefferson Circuit Court, Civil Action No. 18-CI-003981, is hereby removed therefrom to this Court.

Respectfully submitted,

*/s/ John O. Sheller*
John O. Sheller
Amy L. Miles
Stoll Keenon Ogden PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202
Phone: (502) 333-6000
john.sheller@skofirm.com
amy.miles@skofirm.com

*Counsel for Defendant,*
*Lantech.com, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 31, 2018, I electronically filed the foregoing *Notice of Removal* with the Clerk of Court via the CM/ECF system, which will send notification of said filing to the following:

Zachary L. Taylor
Nina Couch
Taylor Couch, PLLC
130 St. Matthews Avenue, Suite 301
Louisville, Kentucky 40207
(502) 625-5000
ztaylor@taylorcouchlaw.com

*Counsel for Plaintiff,*
*David Barnes*

                                                            */s/ John O. Sheller*
                                                            *Counsel for Defendant*

109439.160920/1601130.1